# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN SHINGARA,** | : | **CIVIL ACTION NO. 1:04-CV-0621** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **KATHY A. SKILES, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 27th day of September, 2005, upon consideration of the mandate of the Court of Appeals for the Third Circuit (Doc. 63), reversing the judgment of the court and directing it to vacate the protective order portion of the court order of December 14, 2004 (Doc. 42), it is hereby ORDERED that the protective order of December 14, 2004 (Doc. 42) is VACATED without prejudice to defendants' right to seek a protective order on grounds consistent with the opinion of the Court of Appeals for the Third Circuit (see Doc. 63).

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge