# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN SHINGARA,** | : CIVIL ACTION NO. 1:04-CV-0621 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **KATHY A. SKILES, et al.,** | : |
| **Defendants** | : |

## AMENDING ORDER

AND NOW, this 28th day of September, 2005, upon consideration of the prior order of court (Doc. 65) granting defendants' unopposed motion (Doc. 64) for an extension of time to file a dispositive motion, and it appearing that defendants' motion indicated that the extension would provide time to prepare the motion and "related documents" (see Doc. 64 ¶ 7), it is hereby ORDERED that the prior order of court (Doc. 65) is AMENDED to read as follows:

AND NOW, this 21st day of September, 2005, upon consideration of defendants' motion for an extension of time to file a dispositive motion, it is hereby ORDERED that said motion is GRANTED and the time for defendants to file a motion for summary judgment, supporting brief, and statement of material facts is extended until October 14, 2005.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge